# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2579

_____

United States of America,             *
                                        *

          Appellee,      *   Appeal from the United States
                                    *   District Court for the District
   v.                       *   of Nebraska.
                                      *

Jeremy C. Conn,               *       [UNPUBLISHED]
                                      *

          Appellant.     *

_____

Submitted: January 10, 2005
Filed: January 19, 2005

_____

Before WOLLMAN, FAGG, and BYE, Circuit Judges.

_____

PER CURIAM.

Jeremy C. Conn pleaded guilty to drug charges and was sentenced to eighty-four months in prison. In this appeal, Conn's attorney has moved to withdraw and filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing the district court should have departed downward from the otherwise applicable Sentencing Guidelines range because Conn's criminal history score overrepresented his criminal propensities. <u>See</u> U.S.S.G. § 4A1.3(b). This argument fails because the district court's discretionary refusal to depart downward is not reviewable on appeal. <u>United States v. Parks</u>, 364 F.3d 902, 906 (8th Cir. 2004). Conn has filed a pro se supplemental brief and his pro se arguments also fail. Having reviewed the <u>Anders</u>

brief, Conn's supplemental brief, and the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues and thus affirm. We grant counsel's motion to withdraw, and deny Conn's pro se motion for copies of discovery and grand jury transcripts.

_____